# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Ricky Johnson K-77377** )  | **WRIT OF HABEAS CORPUS** |
| Plaintiff ) | **AD TESTIFICANDUM** |
| ) | |
| vs ) | |
| ) | **CASE NO.  06-1094** |
| **Carothers, et al.** ) | |
| Defendant ) | |

**TO:  THE WARDEN of** Pontiac Correctional Center at Pontiac, IL.

     **WE COMMAND** that you produce the body of **Ricky Johnson**, Register No. **K-77377**, who is in your custody at **10:00 a.m.** before the United States District Court on **June 6, 2006** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.  At the termination of said hearing you may return him to his current regular assignment.

     **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

     DATED:  5/8/06

                                                                JOHN M. WATERS, CLERK
                                                                UNITED STATES DISTRICT COURT

                                                                BY:  /s/ K. Burns_____
                                                                   Deputy Clerk