**E-FILED**
Monday, 08 May, 2006 02:09:43 PM
Clerk, U.S. District Court, ILCD

5/6/06

06-1094
06-1118

**FILED**

MAY - 8 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Court Clerk, This is I'm Ricky Johnson K-77377. I am Writing to you to Ask that the action I am Fileing in your courthouse be stopped. I Do not wish to proceed with the mandamus, Motions or any other civil court Proceedure I sent to you. Could you Please send me all of My Paper work back? I also do not wish to be granted leave to proceed in Forma Pauperis. I Don't Know if I am supposed to File A Formal Motion to ASK For the action to be stopped or not, so I Am Just Writing to you to ASK if you could stop it!!. I'm sorry For any inconvenience I've caused you and the court. I truly Apologize For that. I have nothing so I Just Cant Afford to Pay Costs For Filing Fee's to be taken From my state Pay because thats all I get is $10.00 A month. Please except my humble Apology!!!

Thanks

B'shalom

Ricky Johnson
K-77377