U. S. District Court
Central District of Illinois

**FILED**
MAY 22 2006
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Ricky Johnson, )
)
VS. )
) Case No. 06-1094
Et. Al )
James M Carothers, )
Defendant(s) )

Motion for the Production of Evidence and to Enter Into Evidence the Recording of the Video Camera Above Segregation Cell # 21 Hill C.C. the day of 1-17-06 9:00AM

I, Ricky Johnson, Declare that I am the Plaintiff in the Above entitled Case, And humbly ask the Court if I could granted Permission to have the Above mentioned Piece of evidence Entered into Exhibit as it is a Very Integral part of My case. I humbly ask the Court to Compel the facility of Hill Correctional Center to comply and produce this Piece of Evidence

ss Ricky Johnson
Address 200 W Lincoln St
Zip 61764

Date: 5/17/06

to: <u>Clerk of Courts</u>
From: <u>Ricky Johnson K-77377</u>
Subject: <u>Motion And Affidavit</u>
Case #: <u>CV106-1118</u>

5/18/06

Greetings court Clerk, In lieu of the merit review order I was sent that is set for 6/6/06, I would like to know if I would be Allowed by the court to submit a motion for the Production of evidence to be entered into exhibit, And an Affidavit in support of the motion. I read in a case that I could write up A motion myself, I don't know if I did it right but, the Video camera tape is A very big piece of evidence in the point Im trying to make. I pray that the Judge will grant me this motion. If I did it wrong I will ask his honor to Instruct me on what way to Draft up A proper And legal motion.

Be Well, Mr. Clerk

Ricky Johnson K77377

STATE OF ILLINOIS )
)SS
COUNTY OF Livingston )

## AFFIDAVIT

I, Ricky Johnson K72377, do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts:

I contend that the Motion for the Production of Evidence Attached to this sworn affidavit is Befor the court. And the Evidence Requested in this motion will be viewed by only those Applicable to the litigation At mention and will be only vieved by them. I further Assert that the Information contained on the recording will be used only for the establishment of My Case And will not be used for Any other PurPose. I Pray the court will grant My motion.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 17 day of May, 2006.

_____
Affiant