# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Ricky Johnson**

vs.                                                                    Case Number:  **06-1094**

**James M. Carothers, Lieutenant and
Adjustment Committe  Hill C C**

**JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**DECISION BY THE COURT**.  This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the case is dismissed for failure to exhaust administrative remedies.

ENTER this 12th day of June, 2006

/s/ John M. Waters
JOHN M. WATERS, CLERK

/s/ K. Burns
BY:  DEPUTY CLERK